Opinion
issued April 19, 2012.

 



 

In The

Court of Appeals

For The

First District of Texas

 



 

NO. 01-11-00926-CV

 



 

DAVID PADILLA, Appellant

 

V.

 

FIRST COMMUNITY BANK,
N.A., F/K/A THE FIRST COMMUNITY BANK THE WOODLANDS, N.A., Appellee

 



 

On Appeal from the 157th
District Court

Harris County, Texas

Trial Court Cause No. 2011-27703

 



 

MEMORANDUM
OPINION








Appellant, David Padilla, has failed to timely file a
brief.  See Tex. R. App. P. 38.6(a) (governing
time to file brief), 38.8(a) (governing
failure of appellant to file brief).  After being notified that this appeal was
subject to dismissal, appellant did not adequately respond.  See Tex.
R. App. P. 42.3(b) (allowing involuntary dismissal of case).

We dismiss the appeal for want of prosecution
for failure to timely file a brief.  

We dismiss any pending motions as moot.

PER
CURIAM

Panel consists of Justices Keyes, Bland, and Sharp.